# PROOF OF SERVICE

I reside and work in the City and County of San Diego, State of California. I am over the age of eighteen and not a party to the within action. My business address is 409 Camino Del Rio South, Suite 101B, San Diego, California 92108.

On **January 31, 2019**, I electronically filed with the Court and served through its CM/ECF program, which will electronically mail notice to all attorneys of record, through the same program, the following document(s):

NOTICE OF APPEARANCE BY DANIEL G. SHAY

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **January 31, 2019** in San Diego, California.

| Daniel G. Shay | s/ Daniel G. Shay |
|---|---|
| (Type or print name) | Daniel G. Shay, Esq. |
|  | DanielShay@TCPAFDCPA.com |

Proof of Service