UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIEYSHA WHITE, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CONTINENTAL CENTRAL CREDIT, INC.,<br><br>　　　　　　　　　　　Defendant. | Case No.: 19-cv-00213-JLB (RBB)<br><br>**ORDER GRANTING JOINT MOTION TO AMEND THE DESIGNATION OF EXPERTS AS FOUND IN THE PRETRIAL SCHEDULING ORDER**<br><br>**[ECF No. 33]** |

　　　Before the Court is a Joint Motion to Amend the Designation of Experts as Found in the Pretrial Scheduling Order of April 12, 2019, Document 22. (ECF No. 33.) Good cause appearing, the Joint Motion is **GRANTED**. Accordingly, the Court modifies the Scheduling Order (ECF No. 22) as follows:

　　　1.　　The parties shall designate their respective experts in writing **and** comply with the disclosure provisions in Rule 26(a)(2)(A) and (B) of the Federal Rules of Civil Procedure no later than **seven (7) calendar days** after the Court has ruled on Plaintiff's Motion for Summary Judgment or, Alternatively, for Partial Summary Judgment (ECF No. 28).

///

2. The date for exchange of rebuttal experts shall be no later than **twenty-one (21) calendar days** after the designation of experts. Any party shall supplement its disclosure regarding contradictory or rebuttal evidence under Rule 26(a)(2)(D) by the same date.

3. All other dates and requirements set forth in the Scheduling Order (ECF No. 22) remain in effect.

**IT IS SO ORDERED.**

Dated: July 18, 2019

Hon. Jill L. Burkhardt
United States Magistrate Judge