UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| NIEYSHA WHITE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONTINENTAL CENTRAL CREDIT, INC.,<br><br>Defendant. | Case No.: 19-cv-00213-JLB (RBB)<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF NIEYSHA WHITE**<br><br>**[ECF No. 34]** |
|---|---|

Before the Court is a motion to withdraw as counsel of record for Plaintiff Nieysha White. (ECF No. 34.) For good cause shown, the motion is **GRANTED**, and Elizabeth A. Wagner, Esq. is hereby withdrawn as Plaintiff's counsel of record in this matter.

**IT IS SO ORDERED.**

Dated: July 18, 2019

Hon. Jill L. Burkhardt
United States Magistrate Judge