UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIEYSHA WHITE, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>CONTINENTAL CENTRAL CREDIT, INC.,<br><br>  Defendant. | Case No.: 19-cv-00213-JLB (RBB)<br><br>**ORDER:**<br><br>**(1) APPROVING WITHDRAWAL OF PLAINTIFF'S EX PARTE MOTION TO SEAL AND REQUEST FOR SANCTIONS [ECF NOS. 11, 13]; AND**<br><br>**(2) DENYING AS MOOT JOINT MOTION TO STRIKE; TO WITHDRAW PLAINTIFF'S EX PARTE MOTION TO SEAL; AND TO WITHDRAW PARTIES' JOINT MOTION TO WITHDRAW [ECF No. 14]** |

   Before the Court is an *Ex Parte* Motion to Seal and Request for Sanctions (ECF No. 11), Notice of Withdrawal (ECF No. 13), and a Joint Motion to Strike Defendant's Initial Disclosure Pursuant to Federal Rule of Civil Procedure 26(a)(1), to Withdraw Plaintiff's *Ex Parte* Motion to Seal, and to Withdraw Parties' Joint Motion to Withdraw Defendant's

1

1 Initial Disclosure (ECF No. 14).  As set forth below, the Court **APPROVES** the withdrawal
2 of Plaintiff's *Ex Parte* Motion (ECF No. 11) and **DENIES AS MOOT** the Joint Motion.
3      First, in a Notice of Withdrawal filed on the docket at ECF No. 13, Plaintiff withdrew
4 her *Ex Parte* Motion to Seal and Request for Sanctions (ECF No. 11).  The Court hereby
5 **APPROVES** that withdrawal and **DIRECTS** the Clerk of Court to withdraw the *ex parte*
6 motion.
7      Second, the parties jointly move to strike Defendant's Initial Disclosures filed on the
8 docket at ECF No. 10.  (*See* ECF No. 14 at 2.)  The Court **DENIES** this request as **MOOT**
9 as the Court has already stricken this document.  (*See* ECF No. 15.)
10      Third, to the extent the Joint Motion requests additional Court action (*e.g.*, withdraw
11 Plaintiff's *ex parte* motion, and withdraw the parties' joint motion to withdraw), the Court
12 also **DENIES** these requests as **MOOT**.  The *ex parte* motion has already been withdrawn,
13 and the Joint Motion has already been properly converted into a Notice of Withdrawal.
14      **IT IS SO ORDERED.**
15 Dated:  July 18, 2019

                                                    */s/ Jill Burkhardt*
Hon. Jill L. Burkhardt
United States Magistrate Judge