# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIEYSHA WHITE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONTINENTAL CENTRAL CREDIT, INC.,<br><br>Defendant. | Case No.: 19cv0213-JLB(RBB)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

On October 8, 2019, the Court issued an Order to Show Cause directing Plaintiff Nieysha White and her counsel to show cause why sanctions should not be imposed for their failure to appear at the October 8, 2019 Mandatory Settlement Conference [ECF No. 39]. Plaintiff's counsel, Matthew M. Loker, Esq., filed a declaration in response to the Order to Show Cause [ECF No. 40]. Mr. Loker stated that Plaintiff's failure to appear was due to a calendaring error, and he apologized to both the Court and Defendant's counsel for missing the settlement conference. (Loker Decl. 2-3, ECF No. 40.)

On October 15, 2019, the Court convened a hearing on the Order to Show Cause. In attendance were Plaintiff and her counsel, Daniel G. Shay, Esq. Mr. Shay expressed his apologies to the Court and Defendant's counsel for the calendaring error that resulted in Plaintiff's failure to appear at the settlement conference. Because Defendant's counsel

1

did not request sanctions, and Plaintiff's counsel does not have a history of failing to appear for conferences before this Court, the Court did not impose sanctions on Plaintiff or her counsel.  The Order to Show Cause is accordingly **DISCHARGED**.

**IT IS SO ORDERED**.

Dated:  October 15, 2019

Hon. Ruben B. Brooks
United States Magistrate Judge