UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIEYSHA WHITE, individually and on behalf of all others similarly situated,<br><br>                          Plaintiff,<br><br>v.<br><br>CONTINENTAL CENTRAL CREDIT, INC.,<br><br>                          Defendant. | Case No.: 19-cv-00213-JLB (RBB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>**[ECF No. 46]** |

      Before the Court is the parties' joint motion to dismiss Plaintiff Nieysha White's individual claims with prejudice and the claims of the putative class members without prejudice. (ECF No. 46.) Good cause appearing, the joint motion is **GRANTED** and Plaintiff Nieysha White's claims are dismissed with prejudice and the claims of the putative class members are dismissed without prejudice. Each party to bear its own attorney's fees and costs.

      **IT IS SO ORDERED.**

Dated: December 10, 2019

                                                      Hon. Jill L. Burkhardt
                                                      United States Magistrate Judge